IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GREGORIO FUNTANILLA,**<br><br>                              Petitioner,<br><br>     v.<br><br>**Y. SUNDAY, Warden,**<br><br>                              Respondent. | 1:08-cv-00797 WMW HC<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO PETITION**<br><br>FORTY-FIVE DAY DEADLINE |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a 45-day extension of time, to and including October 23, 2008, within which to file either a motion or an answer.

IT IS SO ORDERED.

**Dated:   September 11, 2008**              /s/  William M. Wunderlich
                                                              UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1